RECEIVED
OCT 1 0 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| MARY S. BELL, ET AL | * | CIVIL ACTION NO. 13-0639 |
| VS. | * | JUDGE DOHERTY |
| BELL FAMILY TRUST | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

The Bankruptcy Appeal, "Ex Parte Motion to File Under Seal Confidential Documents" [rec. doc. 7 (sealed)]; "Amended Appeal Motion and Memorandum De Nova [sic] Review – Jurisdicitonal [sic] Challenge Rule 60(b)(4) Determination of Legal Certainty of Law to Set Aside Voluntary Bankruptcy and Associated Cases and to Vacate All Void Judgments for Lack of Jurisdiction and Order All Entities and Parties Returned to Their Respective Financial States as Prior to the Bankruptcy Petition Filing"[rec. doc. 18]; and "Motion Requesting Western District Court of Louisiana Lafayette Division for Assistance in Filing a Complaint to Effect an Investigation into this Case" [rec. doc. 6]; "Amended Appeal Motion and Memorandum on Behalf of Mary Sue Bell, et al Recusal of Bankruptcy Jurisdiction Recusal of Judge Robert Summerhays De Novo Review Bias – Abuse of Discretion – Clear Error" [rec. doc. 17] all filed by *pro se* plaintiff, Mary S. Bell ("Bell") were referred to United States Magistrate Judge C. Michael Hill for report and

recommendation. After an independent review of the record, and considering the objections lodged, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Bankruptcy Appeal and related motions [Rec. Docs. 6, 7, 17, and 18] are **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Bell is to refrain from instituting any further actions against the Defendant herein or its counsel or the bankruptcy judges based on any matters set forth in her Appeal at bar lest she be ordered to appear and show cause why she should not be held in contempt of court.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Clerk of Court shall accept no future pleadings from Bell until Bell obtains leave of Court to do so.

Signed at Lafayette, Louisiana, this 10 day of October 2013.

Rebecca F. Doherty
United States District Judge